| | |
|---|---|
| GIBSON DUNN & CRUTCHER LLP<br>G. CHARLES NIERLICH, SBN 196611<br>GNierlich@gibsondunn.com<br>MATTHEW L. BERDE, SBN 260615<br>MBerde@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>POLSINELLI SHUGHART PC<br>G. STEPHEN LONG (*admission pro hac vice pending*)<br>stevelong@polsinelli.com<br>PHILIP W. BLEDSOE (*admission pro hac vice pending*)<br>pbledsoe@polsinelli.com<br>1050 17th Street, Suite 2300<br>Denver, CO 80265<br>Telephone: (303) 572-9300<br>Facsimile: (303) 572-7883<br><br>Attorneys for Defendants<br>VAN'S INTERNATIONAL FOODS and<br>HEALTHY FOOD HOLDINGS, INC. | WHATLEY DRAKE & KALLAS LLC<br>JOE R. WHATLEY, JR.<br>EDITH M. KALLAS<br>PATRICK J. SHEEHAN<br>1540 Broadway, 37th Floor<br>New York, NY 10036<br>Telephone: (212) 447-7070<br>Facsimile: (212) 417-7077<br><br>HOWARD RUBINSTEIN<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>Telephone: (832) 715-2788<br><br>THE CONSUMER LAW GROUP<br>ALAN M. MANSFIELD, SBN 125998<br>9466 Black Mountain Dr., Suite 225<br>San Diego, CO 92126<br>Telephone: (619) 308-5034<br>Facsimile: (888) 341-504<br><br>Attorneys for Plaintiff<br>ZORA ABELSON |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORA ABELSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VAN'S INTERNATIONAL FOODS, a California Corporation; HEALTHY FOOD HOLDINGS, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. CV-09-3395-VRW<br><br>[~~PROPOSED~~] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA |

1   THIS MATTER comes before the Court on the parties' stipulation to transfer this action to
2   the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).
3   On August 25, 2009, Defendants Van's International Foods and Healthy Foods Holdings, Inc.
4   filed a motion to transfer this action pursuant to 28 U.S.C. § 1404(a) to the United States District
5   Court for the Central District of California where it may be consolidated with the first-filed action
6   based on this same subject matter, *Hodes v. Van's International Foods, et al.*, No. CV-09-01530-
7   RGK (FFMx), pending before Judge R. Gary Klausner.
8   Plaintiff now stipulates to the requested transfer.
9   Accordingly, the Court hereby ORDERS that this action shall be transferred to the United
10  States District Court for the Central District of California, and suggests that the action be ~~assigned to~~
11  ~~Judge R. Gary Klausner.~~    considered for assignment to Judge R Gary Klausner.

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
14  DATED:  9/4/2009

17  By: _____
        Judge Vaughn R Walker
18      Chief Judge, United States District Court for the
        Northern District of California

2

[PROPOSED] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA;
CASE NO. CV-09-3395-VRW